AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations                    (7072)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Supervised Release) |
| **TEBORIUS QUINTE GAINES** | |
| a/k/a Teborius Quintell Gaines | |
| | CASE NUMBER: **1:03-CR-00055-001** |
| | USM NUMBER: **08541-003** |
| **THE DEFENDANT:** | Christopher Knight, Esquire |
| | **Defendant's Attorney** |

(X) admitted guilt to violation of supervision conditions:  Mandatory, 6, 9 as set out in Petition dated 6/3/09.

( ) was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Mandatory Condition | New Violation | 4/28/2009 |
| 6 | Technical | |
| 9 | Technical | |

**The defendant is sentenced as provided in pages 2 through  2  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

( ) The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Social Security No.:** 2229

**Defendant's Date of Birth:** 1983

**Defendant's Residence Address:**
Mobile, AL

**Defendant's Mailing Address:**

June 12, 2009

Date of Imposition of Judgment

/s/ Callie V. S. Granade

CHIEF UNITED STATES DISTRICT JUDGE

_____June 16, 2009_____
Date

Defendant: **TEBORIUS QUINTE GAINES, a/k/a Teborius Quintell Gaines**
Case Number: **1:03-CR-00055-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  FIFTEEN (15) MONTHS  .

( )   The court makes the following recommendations to the Bureau of Prisons:

(X)   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:
  ( )   at __ .m. on ___.
  ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ( )   before 2 p.m. on ____.
  ( )   as notified by the United States Marshal.
  ( )   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　  UNITED STATES MARSHAL  

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy U.S. Marshal